*plinary Counsel v.* JOSEPH R. D'AMBRA. The respondent is a member of the Bar of this state. On June 22, 1978, we issued an order directing him to appear before this court on Thursday, June 29, 1978 to *show cause* why he should not be disciplined pursuant to the provisions of Rule 42(6)(e) for his failure to respond to a complaint filed with this court's Disciplinary Board in November, 1977. Respondent did not appear on that date.

Accordingly, it is ordered that Joseph R. D'Ambra is hereby reprimanded for indulging in the practices described herein, and he is to forthwith file a response in which he will set forth the facts that will assist the Board and its counsel in discharging their duties under the rules. Failure on the respondent's part to file the response will result in an order being entered, without any further notice, indefinitely suspending him from the practice of law. *Frank A. Carter, Jr.,* for petitioner. *Joseph R. D'Ambra,* pro se, respondent.

M. P. No. 78-195. JOHN A. KURBIEC, JR. *v.* GEORGE J. BASTIEN *et al.* Petition for writ of certiorari is granted. *Francis V. Reynolds,* for plaintiff. *C. Russell Bengtson,* for defendant.

July 6, 1978.

C. P. No. 78-229. NANCY ENNIS *v.* DAVID PEARSON, M.D., *Assistant Chief of Psychiatric Services.* The petition for writ of habeas corpus is granted and the writ shall issue forthwith. The matter is remitted to the Family Court with the direction that the Family Court conduct an evidentiary hearing on July 26, 1978 which will establish the facts justifying the petitioner's confinement. Following said hearing, the transcript of the hearing and the record in this case together with this petition shall be returned forthwith to this court. *Barbara Hurst,* Chief Appellate Counsel, *John E. Farley,* Assistant Public Defender, for petitioner. *Julius Michaelson,* Attorney General, for respondent.